STATE OF NEW JERSEY v. VINCENT JAMES LANDANO.

June 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RAJAJI SANTO.

June 12, 1984.

Petition for certification denied.

SHELL OIL COMPANY v. DIRECTOR, DIVISION OF TAXATION.

June 12, 1984.

Petition for certification denied.

SHELL OIL COMPANY v. DIRECTOR, DIVISION OF TAXATION.

June 12, 1984.

Cross-petition for certification denied.

BURT KRONER v. WENDELL TRIPLETT.

June 12, 1984.

Petition for certification denied.